# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>UW, LLC DBA UPWEST.,<br><br>　　　　　　　Defendant. | Civil Action No. 2:21-cv-02255 |

## STIPULATION FOR DISMISSAL

Plaintiff, TERA DONAHUE, and Defendant, UW, LLC DBA UPWEST, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 10, 2022

NYE STIRLING, HALE &
MILLER, LLP

By:　/s/ Benjamin J. Sweet
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

DENTONS US LLP

By: /s/ Joel M. Graczyk
Joel M. Graczyk, Esq.
233 S. Wacker Drive, Suite 5800
Chicago, Illinois, 60606
Telephone: (312) 876-8000

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of May, 2022.

>                             */s/ Benjamin J. Sweet*
>                              Benjamin J. Sweet